1 | **ELIZABETH M. BARROS**
California State Bar No. 227629
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: elizabeth_barros@fd.org

5 | Attorneys for Miguel Garcia-Banuelos

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | (HONORABLE CATHY ANN BENCIVENGO)

11 | UNITED STATES OF AMERICA,         )   Case No. 08MJ1475-03
                                        )
12 |        Plaintiff,                  )
                                        )
13 | v.                                 )   **NOTICE OF WITHDRAWAL**
                                        )   **OF DOCUMENT**
14 | MIGUEL GARCIA-BANUELOS,            )
                                        )
15 |        Defendant.                  )
     _____    )

17 | Notice is hereby given by Elizabeth M. Barros and Federal Defenders of San Diego, Inc., that the

18 | following document is withdrawn from the record in the above-captioned case to correct a duplicate filing:

19 | Document:        *Notice of Appearance*

20 | File Date:       May 15, 2008

21 | Document No.:    9

22 |                                              Respectfully submitted,

24 | DATED:   May 16, 2008                        /s/ Elizabeth M. Barros
                                                  **ELIZABETH M. BARROS**
25 |                                              Federal Defenders of San Diego, Inc.
                                                  Attorneys for Miguel Garcia-Banuelos

1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Miguel Garcia-Banuelos

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE CATHY ANN BENCIVENGO)**

11 UNITED STATES OF AMERICA,         )   Case No. 08MJ1475-03
                                     )
12         Plaintiff,                )
                                     )
13 v.                                )   **CERTIFICATE OF SERVICE**
                                     )
14 MIGUEL GARCIA-BANUELOS,           )
                                     )
15         Defendant.                )
   _____   )
16

17      Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                          U.S. Attorney CR
                        Efile.dkt.gc2@usdoj.gov;
19
                            Oliver P. Cleary
20           opcleary@pacbell.net,arleencastro@gmail.com;

21                       Wayne Charles Mayer
                          wcmayer@aol.com; and
22
                          Stephen W. Peterson
23                       swplaw@sbcglobal.net

24                              Respectfully submitted,

25

26 DATED:     May 16, 2008          /s/ Elizabeth M. Barros
                                    **ELIZABETH M. BARROS**
27                                  Federal Defenders of San Diego, Inc.
                                    Attorneys for Miguel Garcia-Banuelos
28