✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ ELIZABETH M. BARROS

| Date | Signature |

Print Name                                                          Bar Number

Address

City                              State                     Zip Code

Phone Number                                                       Fax Number

1 | **ELIZABETH M. BARROS**
California State Bar No. 227629
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: elizabeth_barros@fd.org

5 | Attorneys for Miguel Garcia-Banuelos

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE CATHY ANN BENCIVENGO)**

11 | UNITED STATES OF AMERICA,      )   Case No. 08MJ1475-03
                                   )
12 |         Plaintiff,             )
                                   )
13 | v.                             )   **CERTIFICATE OF SERVICE**
                                   )
14 | MIGUEL GARCIA-BANUELOS,        )
                                   )
15 |         Defendant.             )
    | _____)

16

17 |     Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18 |                             U.S. Attorney CR
                              Efile.dkt.gc2@usdoj.gov;
19
                                Oliver P. Cleary
20 |           opcleary@pacbell.net, arleencastro@gmail.com;

21 |                          Wayne Charles Mayer
                              wcmayer@aol.com; and
22
                              Stephen W. Peterson
23 |                          swplaw@sbcglobal.net

24 |                             Respectfully submitted,

25

26 | DATED:     May 16, 2008           /s/ Elizabeth M. Barros
                                       **ELIZABETH M. BARROS**
27 |                                   Federal Defenders of San Diego, Inc.
                                       Attorneys for Miguel Garcia-Banuelos

28